# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-CV-767-FDW-DCK

| | | |
|---|---|---|
| **DISCOVER BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN A BARRETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Discover Bank And Experian Information Solutions, Inc.'s Joint Motion To Stay Discovery" (Document No. 29) filed April 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Whitney's chambers, the undersigned will <u>grant</u> the motion.

In the interests of judicial economy and efficient case management, the Court finds good cause to allow the requested relief without further delay.

**IT IS, THEREFORE, ORDERED** that "Discover Bank And Experian Information Solutions, Inc.'s Joint Motion To Stay Discovery" (Document No. 29) is **GRANTED**. Discovery in this matter is **STAYED** through **May 9, 2024**. If necessary, the parties may request an extension of the stay.

**SO ORDERED**.

Signed: April 11, 2024

David C. Keesler
United States Magistrate Judge